

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BW/MG
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 14, 2022

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Jin Hua Zhang, et al.</u>
             <u>Criminal Docket No. 22-CR-458 (LDH)</u>

Dear Judge Hall:

      The government writes to provide a status update in response to the Court's order dated November 3, 2022. Since the defendants were arraigned on October 13, 2022, the parties have been actively engaged in plea discussions, and the government has been preparing discovery materials to produce to the defendants in advance of the December 14, 2022 initial status conference.

      The government respectfully requests an exclusion of time under the Speedy Trial Act from November 14, 2022 until December 14, 2022 in order to enable the parties to continue these plea discussions and the government to prepare the discovery. The government has conferred with counsel for the defendants, and they each consent to this request.

                            Respectfully submitted,

                            BREON PEACE
                            United States Attorney

            By:    /s/ Miranda Gonzalez
                    Miranda Gonzalez
                    Benjamin Weintraub
                    Assistant U.S. Attorneys
                    (718) 254-7000

cc:    Clerk of Court (LDH)
       All defense counsel of record