

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BLW/MG/RB
F. #2021R00629

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 24, 2024

<u>By ECF</u>

Hon. LaShann DeArcy Hall
United States District Court
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Jin Hua Zhang, et. al.</u>
      <u>Criminal Docket No. 22-CR-458 (LDH)</u>

Dear Judge DeArcy Hall:

   Pursuant to the Court's order dated January 23, 2024, the parties in the above-captioned matter hereby submit a joint report regarding the status of the case. On November 16, 2023, defendant Jin Hua Zhang pled guilty before the Honorable James R. Cho. Change of plea hearings are scheduled for defendants Changgui Huang and Lingming Zeng on January 24, 2024 and January 29, 2024 respectively. The government has produced all Rule 16 discovery currently in the government's possession. Plea agreements have been extended to all parties and discussions continue with the remaining defendants regarding dispositions. The government requests that time under the Speedy Trial Act be excluded between January 24, 2024 and the date of the adjourned status conference, March 7, 2024, so that the parties can continue to engage in plea negotiations. Except for counsel for Hua Zhou, from whom the government has not

received a response at the time of this submission, all remaining defense counsel consent to the request to exclude time.

                                                        Respectfully submitted,

                                                        BREON PEACE  
                                                        United States Attorney

By:   /s/_____  
        Benjamin Weintraub  
        Miranda Gonzalez  
        Raffaela Belizaire  
        Assistant U.S. Attorney  
        (718) 254-7000

cc:    Defense Counsel (by ECF and email)