# Sally J.M. Butler, Attorney at Law
42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361| 718.279.4500 |

March 5, 2024

The Honorable LaShann DeArcy Hall
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                 Re: United States v. Gregory Armand
                      22CR458 (LDH)

Dear Judge Hall:

     I represent Gregory Armand. We are scheduled to appear for a status conference on March 7, 2024. I write to advise the Court that I am currently on trial. The jury trial is expected to last two weeks. It is respectfully requested that Mr. Steve Zissou be permitted to appear on my behalf and represent Mr. Armand for the status conference.

     I have spoken to Mr. Armand and he consents to Mr. Zissou appearing on his behalf.

                                         Respectfully submitted,

                                         Sally Butler
                                         Attorney for Gregory Armand

cc: All Parties by ECF