FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 0 6 2024 ★
BROOKLYN OFFICE

April 22, 2024

Good Afternoon, Court clerk of records,

My name is Gregory Armand and I hereby terminate all public defender's from my case, effective as of this date.

Thank you,

*Gregory Armand,*

REC'D IN PRO SE OFFICE
MAY 7 '24 AM 11:58